IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Bankruptcy No. 24-

NORRISTOWN APPLIANCES, LLC            :

    Debtor                            : Chapter 11

## COMPENSATION STATEMENT OF LAW OFFICE OF ROBERT H. HOLBER, P.C., PROPOSED COUNSEL FOR DEBTOR, PURSUANT TO BANRKUPTCY RULE 2016(b)

The undersigned, pursuant to Bankruptcy Rule 2016(b) states as follows:

1. Pursuant to 11 U.S.C. Section 329(a) and Bankruptcy rule 2016(b), I certify that Law Office of Robert H. Holber, P.C. ("RHPC") is the proposed counsel for the above-named debtor (the "Debtor") and that compensation paid to RHPC within one year before the filing of the bankruptcy petition, or agreed to be paid to RHPC, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection the bankruptcy case is as follows:

(a) For legal services, PHPC as agreed to bill the Debtor at the standard hourly rates as set forth in the Debtor's application to employ Law Office of Robert H. Holber, P.C. as Debtor's counsel.

(b) In connection with the filing of the instant Chapter 11 case, on July 8, 2024, RHPC received from Debtor a retainer in the sum of $10,738.00. There was no prepetition sums owed by RHPC.

( c ) The filing fee of $1,738.00 was paid from the Bankruptcy Retainer, thereby leaving a Bankruptcy Retainer balance, which is and will continue to be held in trust until Order of Court, in the amount of $9,000.00.

2. The source of the compensation paid to RHPC is set forth in 1(b) above.

3. The source of compensation to be paid to RHPC is from the remaining Bankruptcy Retainer and the Debtor's estate.

4. RHPC has not agreed to share the above-disclosed compensation with any other person.

5. In return for the above-disclosed fee, RHPC has agreed to provde legal services for the Debtor as set forth in the Debtor's application to employ Law Office of Robert H. Holber, P.C.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to RHPC for representation of the Debtor in this bankruptcy proceeding.

LAW OFFICE OF ROBERT H. HOLBER, P.C.

Date: 7/8/24    By: _____
Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
(610) 565-5463 Phone
(610) 565-5474 Fax
Proposed counsel for Debtor